UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KELLY FUERY**, **DEBRA SCIORTINO**, **NICOLE TOMASKOVIC**, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07-cv-05428- |
| **CITY OF CHICAGO**, *et al.*, | ) ) | Hon. Sara L. Ellis |
| Defendants. | ) ) ) | |

## STIPULATION

Plaintiffs, Kelly Fuery, Debra Sciortino, and Nicole Tomaskovic ("Plaintiffs"), by and through their counsel Trent A. McCain, and Defendants Stewart Weyforth, Martin Miloslavich, and Gabriel Argones, ("ISP Defendants"), by and through their counsel Lisa Madigan, Attorney General for the State of Illinois hereby Stipulate and Agree as follows:

1. Judgment on the jury verdict was entered in favor of the ISP Defendants and against the Plaintiffs as to Claim 2, Claim 3, and Claim 4 pursuant to Fed. R. Civ. P. 58. (ECF No. 424.)

2. Plaintiffs filed a motion seeking a new trial against all defendants, including Weyforth, Argones, and Miloslavich. (ECF No. 432)

3. Plaintiffs withdraw, *with prejudice*, their motion for a new trial as directed against each of the ISP Defendants. (ECF No. 432).

4. In response to the stipulation set forth in Paragraph 3, the ISP Defendants withdraw, *with prejudice*, their Bill of Costs as directed against each Plaintiff. (ECF No. 430).

5. This Stipulation does not implicate the motion for a new trial, or other post-trial motions as they pertain to other parties, and the motions pending between and among the City of Chicago, William Szura and the Plaintiffs are not contemplated by this Stipulation.

6. Plaintiffs waive any right to appeal any and all claims against each other arising out of the jury verdict and judgment.

7. Plaintiffs waive any right to pursue costs against the ISP Defendants *only*, which is without waiver of Plaintiffs' right to collect costs, fees, and expenses against the remaining Defendants, the City of Chicago and Szura.

Dated: April 1, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Trent A. McCain* | */s/ Jessica Scheller* |
| One of Plaintiffs' Attorney | One of ISP Defendants' Attorneys |
| | |
| Trent A. McCain, Esq. | Lisa Madigan, Attorney General for |
| **McCAIN LAW OFFICES, P.C.** | the State of Illinois |
| 5655 Broadway | Jessica Scheller, Deputy Atty. Gen. |
| Merrillville, IN 46410 | Shirley R. Calloway, Deputy Atty. Gen. |
| (219) 884-0696 | 100 West Randolph Street |
| (219) 884-0692 fax | Chicago, IL 60601 |
| TAM@McCainLawOffices.com | |